# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   RONALD G. ROHRBACHER                             Case Number: 05-70361
         101 MENARD DRIVE
         ROCKFORD, IL  61109                SSN-xxx-xx-8370

                                                        Case filed on:      2/1/2005
                                                        Plan Confirmed on:  3/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,700.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | RONALD G. ROHRBACHER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 145.00 | 145.00 | 145.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 139.33 | 139.33 | 139.33 | 0.00 |
| 004 | SAXON MORTGAGE SERVICES INC | 57,230.40 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 57,514.73 | 284.33 | 284.33 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.67 | 0.67 | 0.04 | 0.00 |
| 003 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALPINE BANK | 5,207.18 | 5,207.18 | 316.10 | 0.00 |
| 006 | AMERIFIRST HOME IMPROVEMENT FINANCE | 2,108.06 | 2,108.06 | 127.97 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | EMERGE MASTERCARD GOLD | 2,650.65 | 2,650.65 | 160.90 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,961.12 | 1,961.12 | 119.05 | 0.00 |
| 010 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MERRICK BANK | 1,292.96 | 1,292.96 | 78.49 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 294.93 | 294.93 | 17.90 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 243.73 | 243.73 | 14.79 | 0.00 |
| 014 | AFNI/VERIZON WIRELESS | 769.25 | 769.25 | 46.70 | 0.00 |
|  | Total Unsecured | 14,528.55 | 14,528.55 | 881.94 | 0.00 |
|  | Grand Total: | 73,407.28 | 16,176.88 | 2,530.27 | 0.00 |

Total Paid Claimant:    $2,530.27
Trustee Allowance:      $169.73           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    6.07           discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 05/14/2008            By  /s/Heather M. Fagan